UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82024-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

v.

BOCA WHARFSIDE, LLC, and
TJAC WHARFSIDE, LLC,

    Defendants.
_____/

## ORDER CLOSING CASE

On December 3, 2020, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice [DE 4], dismissing this case with prejudice. Accordingly, it is

**ORDERED** that the case is **CLOSED**, and all pending motions not otherwise ruled on are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record